**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Hernan Dario Del Rio Benavides , )<br><br>)<br>Petitioner,    )<br><br>)<br>v.    )<br><br>)<br>Todd Lyons, et al,    )<br><br>)<br>Respondents (s).    )<br>) | Civil Action No. 26-CV-11204-AK |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 3/24/2026, it

is hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/31/2026                                                By the Court,

/s/ Courtney Horvath
Deputy Clerk